IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY FERRELL, as Executor
de son Tort of the Estate of
LARIAN FERRELL, and on behalf
of survivors LEROY FERRELL
and JULIE FERRELL,

     Plaintiff,

v.                                                                      4:21cv397–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, RICKY D. DIXON,
in his official capacity as SECRETARY,
john does 1–5, MILTON HICKS, in his
individual capacity, and CENTURION OF
FLORIDA, LLC, a health services
corporation,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation

(ECF No. 26) docketed January 13, 2022. The magistrate judge recommends that

the motion (ECF No. 9) to dismiss filed by Defendant, Centurion of Florida, LLC

("Centurion"), be granted in part and denied in part. Centurion has filed objections (ECF No. 27) to the report and recommendation.

The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned agrees that Plaintiff's wrongful death claim against Centurion (Count VI), but *not* his deliberate indifference claim against Centurion (Count IV), should be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 26) is ADOPTED and incorporated by reference into this order.

2. Centurion's motion to dismiss (ECF No. 9) is GRANTED as to Plaintiff's Count VI claim for wrongful death.

3. Plaintiff's claim against Centurion for wrongful death (Count VI) is DISMISSED.

4. Centurion's motion to dismiss (ECF No. 9) is DENIED as to Plaintiff's Count IV claim for deliberate indifference to serious medical needs.

5. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___3rd___ day of ___February___, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE