IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY FERRELL, as Executor
de son Tort of the Estate of
LARIAN FERRELL, and on behalf
of survivors LEROY FERRELL
and JULIE FERRELL,

    Plaintiff,

v.                                                                                              4:21cv397–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, RICKY D. DIXON,
in his official capacity as SECRETARY,
JOHN DOES 1–5, MILTON HICKS, in his
individual capacity, and CENTURION OF
FLORIDA, LLC, a health services
corporation,

    Defendants.

_____/

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (ECF No. 34) docketed April 21, 2022. The magistrate judge recommends that the amended motion (ECF No. 19) to dismiss filed by Defendants, Florida Department

of Corrections, Ricky D. Dixon, and Milton Hicks, be granted in part and denied in part. No objections to the report and recommendation have been filed.

The undersigned has reviewed the record and has determined that the magistrate judge's third report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's third report and recommendation (ECF No. 34) is ADOPTED and incorporated by reference into this order.

2. Defendants' amended motion to dismiss (ECF No. 19) is GRANTED as to (1) Plaintiff's claims against John Does 1–5 (Counts I and III); (2) Plaintiff's claims against Milton Hicks (Counts II and III); and (3) Plaintiff's state law negligence claim against the Florida Department of Corrections (Count VII).

3. Defendants' amended motion to dismiss (ECF No. 19) is DENIED as to (1) Plaintiff's § 1983 claims against Ricky D. Dixon in his official capacity (Counts II and III); and (2) Plaintiff's wrongful death claim against the Florida Department of Corrections (Count V).

4. Milton Hicks and John Does 1–5 are hereby DISMISSED from this action.

5. The clerk shall note on the docket that John Does 1–5 and Milton Hicks have been terminated as defendants in this case.

6. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___1st___ day of ___June___, 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE