IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEROY FERRELL, as Personal )
Representative of the Estate of )
LARIAN FERRELL, and on behalf of )
survivors, LEROY FERRELL and )
JULIE FERRELL, )
)
    Plaintiff, )
) CASE NO.: 4:21-cv-00397-WS-MAF
v. )
)
FLORIDA DEPARTMENT OF )
CORRECTIONS, MARK INCH, in )
his official capacity as Secretary, )
JOHN DOES 1-5; MILTON HICKS, )
individually and CENTURION OF )
FLORIDA, LLC, a health services )
corporation, )
)
    Defendants.

### CENTURION OF FLORIDA, LLC'S UNOPPOSED MOTION TO SEAL UNDER § 945.10(1), FLORIDA STATUTES

Pursuant to Local Ruled 5.5 and 7.1, and in compliance with § 945.10(1), Florida Statutes; and § 119.071, Florida Statutes, Defendant Centurion of Florida, LLC ("Centurion") moves to seal from public disclosure a handheld video from inside Cross City Correctional Institution ("CCCI") in support of Centurion's motion for summary judgment, and states as follows:

4867-8160-3632.1

**MEMORANDUM OF LAW**

Local Rule 5.5 permits a party to seek leave to file evidence under seal. Here, Centurion seeks leave to file under seal a handheld video from inside CCCI that shows, in part, inmate Larian Ferrell's transport to medical, where he received medical treatment after being fatally stabbed by another inmate, and to other locations within CCCI. Such items are relevant to Plaintiff Leroy Ferrell's claim of deliberate indifference to a serious medical need and will be used to support a summary judgment motion Centurion intends to file.

Records of Mr. Ferrell's medical treatment are confidential and exempt from public disclosure under § 954.10(1)(a), Florida Statutes, which provides that "Mental health, medical, or substance abuse records of an inmate" "held by the Department of Corrections are confidential and exempt from the provisions of s. 119.07(1) and s. 24(a), Art. I of the State Constitution." Here, the handheld video proposed to be admitted shows Mr. Ferrell receiving medical treatment. As such, it qualifies for exemption under § 945.10(1)(a), Florida Statutes.

Additionally, the handheld video is exempt under § 945.10(1)(e), Florida Statutes, because it contains "information which if released would jeopardize a person's safety." As district courts in Florida have recognized, videos showing the internal structure of the prison facility and capabilities of the cameras may be sealed to protect the security and safety of the institution. *Mathis v. Adams*, No. 3:12-CV-

735-J-39PDB, 2014 WL 1202955, at *5 n.14 (M.D. Fla. Jan. 29, 2014). Because the handheld video shows corrections personnel and the layout of certain portions of CCCI, it should be sealed for the safety of CCCI and its employees.

WHEREFORE Centurion requests the Court (1) grant this Motion and (2) permit Centurion to file the handheld video taken at CCCI under seal.

/s/ Brian Wahl
Brian A. Wahl (Fla. Bar No. 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue N. – One Federal Place
Birmingham, AL 35203
Telephone: (205) 521-8800
Fax: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

Jacob Hanson (Fla. Bar No. 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email: jhanson@bradley.com
Secondary Email: tabennett@bradley.com
Secondary Email: tbush@bradley.com
Secondary Email: sdhayes@bradley.com

**Counsel for Defendant Centurion of Florida, LLC**

## LOCAL RULE 7.1(C) CERTIFICATION

Pursuant to Local Rule 7.1(C), undersigned counsel certifies that he has conferred with counsel for Plaintiff and co-Defendant Florida Department of Corrections regarding the relief sought in this motion. The requested relief is unopposed.

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion and memorandum contains <u>386</u> words according to the word processing software used to create this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *Brian Wahl*
Brian A. Wahl
