IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE  DIVISION


LEROY FERRELL, as Personal
Representative of the Estate of
LARIAN FERRELL, and on behalf
of survivors LEROY FERRELL
and JULIE FERRELL,

     Plaintiff,

v.                                                 4:21cv397–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, RICKY DIXON, in
his official capacity as SECRETARY,

     Defendants.

_____


## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (ECF No. 62) docketed August 7, 2023. The magistrate judge recommends that Defendants' motion for summary judgment (ECF No. 59) be granted. No objections to the report and recommendation have been filed.

     Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 62) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' motion for summary judgment (ECF No. 51) is GRANTED.

3. The clerk shall enter judgment stating: "All claims against the defendants are dismissed with prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___29th___ day of ___September___, 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE